IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RELIANCE INSURANCE CO., a         *
Pennsylvania Corporation
                                  *
        Plaintiff
                                  *
        vs.                          CIVIL ACTION NO. MJG-97-3194
                                  *
J. L. HICKMAN & CO., INC.,
a Texas Corporation, aka IFA      *
Insurance Services, et al.
                                  *
        Defendants

*   *   *   *   *   *   *   *   *

ORDER CLEARING RECORD RE PENDING MOTIONS

It appears that certain motions still pending of record are moot or do not require further consideration at the present. Accordingly, so that the record may be cleared of motions no longer requiring active consideration:

   1.   The Motion for Hearing (Paper 68-1) is DENIED.

   2.   The Motion for Joinder (Paper 69-1) is DENIED.

SO ORDERED THIS 21st DAY OF January, 2000

                                    Marvin J. Garbis
                                    United States District Judge