IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RELIANCE INSURANCE CO. *

V. * CIVIL NO. MJG-97-3194

J.L. HICKMAN & CO., INC., *
ET AL.
 *

ORDER

Defendants Miller and Mannino having filed bankruptcy proceedings in which an automatic stay has been issued, it is this ___8___ day of January, 2001,

ORDERED that the supplemental proceedings in this case, including all pending motions, be administratively closed without prejudice to the right of plaintiff to reopen for good cause shown.

_____
Susan K. Gauvey
United States Magistrate Judge