IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Reliance Insurance Co. | ) |
|     Plaintiff | ) |
| vs. | ) Case No. 1:97-CV-03194-MJG |
| William Ray Miller, II | ) |
|     Defendant | ) |

\* \* \* \* \* \* \* \* \* \* \*

**MOTION TO QUASH SUBPOENA**

Comes now one of the Defendants, William Ray Miller, II ("Miller") and Movant, Bonnie Lyn Pauza ("Pauza") by and through their attorneys James R. Schraf and Logan Russack, LLC and moves this honorable Court to Quash certain subpoenas issued by the Plaintiff, Reliance Insurance Co. and for their reasons state as follows:

1. On January 2, 2007, the Plaintiff recently issued subpoenas to Indy Mac Mortgage Holdings, Inc and Patuxent Funding, LLC requesting private financial information concerning both the Defendant, Miller and the Movant, Pauza.

2. The subpoenas seek production of documents that are privileged under the Maryland Confidential Financial Records Act, Maryland Financial Institutions Code Ann. § 1-301 et seq.

3. The subpoenas impermissibly seek production of documents that violate or could potentially violate the Defendant Miller's right against self incrimination as

guaranteed by the Fifth Amendment to the United States Constitution and Article Twenty-Two of the Maryland Declaration of Rights.

    4.    The Defendant Miller and the Movant Pauza are husband and wife and any information concerning joint assets or accounts may not be used to satisfy any judgment against the Defendant in this case.

    5.    For those reasons more particularly set forth in the attached memorandum of points and authorities.

Wherefore, the Defendant and the Movant respectfully request that this honorable Court quash the subpoena issued to both Indy Mac Mortgage Holdings, Inc and Patuxent Funding, LLC.

 

_____
James R. Schraf 03470
Logan Russack, LLC
2530 Riva Road, Suite 308
Annapolis, Maryland 21401
(410) 571-2780
Attorneys for William Ray Miller, II and
Bonnie Lyn Pauza

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Motion to Quash Subpoena was mailed by first class mail postage prepaid this 17th day of January, 2007 to:

John F. Dougherty, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-1269
Attorney for Plaintiff, Reliance Insurance Co.

Indy Mac Mortgage Holdings, Inc.
c/o Prentice Hall Corporation System, Resident Agent
11 East Chase Street
Baltimore, Maryland 21202
and
35 North Lake Avenue
Pasadena, California 91101

Indy Mac Bank, F.S.B.
3465 East Foothill Boulevard
Pasadena, California 91107

Patuxent Funding, LLC
c/o Cary Reines, Resident Agent
11032 Earlsgate Lane
Rockville, Maryland 20852
and
800 King Farm Boulevard
Rockville, Maryland 20850
and
6011 University Boulevard
Ellicott City, Maryland 21043

                                                _____
                                                 James R. Schraf 03470