IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **RELIANCE INSURANCE CO.**<br>Judgment Creditor<br><br>v.<br><br>**WILLIAM RAY MILLER, II**<br>Judgment Debtor | Case No.: 1:97-CV-03194-MJG |

## CERTIFICATE OF COMPLIANCE WITH MARYLAND
## CODE ANN., FINANCIAL INSTITUTIONS § 1-304

On this 2nd day of January, 2007, the attached Subpoenas, including this Certificate, were served on Patuxent Funding, LLC and IndyMac Mortgage Holdings, Inc., and copies of the Subpoenas and this Certificate were mailed to:

    James Russell Shraf, Esquire
    2530 Riva Road, Suite 308
    Annapolis, Maryland 21401-7414

    Bonnie Lyn Pauza and William Ray Miller, II
    6917 Timber Creek Court
    Clarksville, Maryland 21029

    /s/
    _____
    John F. Dougherty
    Kramon & Graham, P.A.
    One South Street, Suite 2600
    Baltimore, Maryland 21202-3201
    Telephone: 410-752-6030
    Facsimile: 410-539-1269
    *Attorneys for Judgment Creditor*
    *Reliance Insurance Co., in receivership*

# United States District Court

_____ DISTRICT OF __Maryland_____

Reliance Insurance

          V.                      **SUBPOENA IN A CIVIL CASE**

Hickman & Co., et al.               CASE NUMBER: 1:97-cv-03194 MJG

**Indy Mac Mortgage Holdings, Inc.**
TO: Serve: Prentice Hall Corporation   and   35 North Lake Avenue   and   Indy Mac Bank, F.S.B.
         System, Resident Agent              Pasadena, CA 91101             3465 East Foothill Boulevard
         11 East Chase Street                                                        Pasadena, CA 91107
         Baltimore, MD 21202

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

✔ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): All documents relating to loans made by You to Bonnie Lyn Pauza and/or Ray Miller secured by the property known as 6917 Timber Creek Court, Clarksville, Maryland 21029, including, without limitation, loan applications, credit reports, proof of income, tax returns, financial statements, payment records, closing documents, settlement statements, employment verifications, or any other documents that could identify assets and sources of income for Ray Miller.

| PLACE The offices of Kramon & Graham, P.A., One South St., Suite 2600, Baltimore, Maryland 21202 | DATE AND TIME<br>January 22, 2007<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>_/s/ John D. Dougherty_ | DATE<br>January 2, 2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John F. Dougherty, Esquire, One South St., Suite 2600, Baltimore, MD 21202  410-752-6030

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

04442/0/00232786.WPDv1