# United States District Court

DISTRICT OF __Maryland__

Reliance Insurance

V.

Hickman & Co., et al.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 1:97-cv-03194 MJG

**Patuxent Funding, LLC**

TO: Serve: Cary Reines, Resident Agent  and  800 King Farm Boulevard  and  6011 University Boulevard
11032 Earlsgate Lane                    Suite 210                              Ellicott City, MD  21043
Rockville, MD  20852                   Rockville, MD  20850

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | |

✔ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):   All documents relating to loans made by You to Bonnie Lyn Pauza and/or Ray Miller secured by the property known as 6917 Timber Creek Court, Clarksville, Maryland 21029, including, without limitation, loan applications, credit reports, proof of income, tax returns, financial statements, payment records, closing documents, settlement statements, employment verifications, or any other documents that could identify assets and sources of income for Ray Miller.

| PLACE  The offices of Kramon & Graham, P.A., One South St., Suite 2600, Baltimore, Maryland 21202 | DATE AND TIME  January 22, 2007  10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *John F. Dougherty* | DATE  January 2, 2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John F. Dougherty, Esquire, One South St., Suite 2600, Baltimore, MD 21202  410-752-6030

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

04442/0/00232742.WPDv1