IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Reliance Insurance Co. | ) |
| Plaintiff | ) ) ) |
| vs. | ) Case No. 1:97-CV-03194-MJG ) ) |
| William Ray Miller, II | ) ) |
| Defendant | ) ) ) ) |

\* \* \* \* \* \* \* \* \* \* \*

**REQUEST FOR HEARING**

Defendant, William Ray Miller, II and Movant, Bonnie Lyn Pauza, request a hearing on their Motion to Quash Subpoena.

_____
James R. Schraf 03470
Logan Russack, LLC
2530 Riva Road, Suite 308
Annapolis, Maryland 21401
(410) 571-2780
Attorneys for William Ray Miller, II and
Bonnie Lyn Pauza

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Request for Hearing on the Motion to Quash Subpoena was mailed by first class mail postage prepaid this 17th day of January, 2007 to:

John F. Dougherty, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-1269
Attorney for Plaintiff, Reliance Insurance Co.

Indy Mac Mortgage Holdings, Inc.
c/o Prentice Hall Corporation System, Resident Agent
11 East Chase Street
Baltimore, Maryland 21202
and
35 North Lake Avenue
Pasadena, California 91101

Indy Mac Bank, F.S.B.
3465 East Foothill Boulevard
Pasadena, California 91107

Patuxent Funding, LLC
c/o Cary Reines, Resident Agent
11032 Earlsgate Lane
Rockville, Maryland 20852
and
800 King Farm Boulevard
Rockville, Maryland 20850
and
6011 University Boulevard
Ellicott City, Maryland 21043

_____
James R. Schraf 03470