IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Reliance Insurance Co. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | Case No. 1:97-CV-03194-MJG |
| vs. ) | |
| ) | |
| William Ray Miller, II ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of the Motion to Quash Subpoena, the supporting points and authorities, the opposition thereto and arguments of counsel, It is this ___ day of _____,

Ordered that the motion be and is hereby granted and the parties to whom the subpoenas were directed are directed not to produce the requested documents.

_____
Judge United States District Court
for the District of Maryland

Copies to:

John F. Dougherty, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-1269
Attorney for Plaintiff, Reliance Insurance Co.

James R. Schraf, Esquire
Logan Russack, LLC
2530 Riva Road, Suite 308
Annapolis, Maryland 21401
Attorney for Defendant, William Ray Miller, II
and Movant, Bonnie Lyn Pauza

Indy Mac Mortgage Holdings, Inc.
c/o Prentice Hall Corporation System, Resident Agent
11 East Chase Street
Baltimore, Maryland 21202
and
35 North Lake Avenue
Pasadena, California 91101

Indy Mac Bank, F.S.B.
3465 East Foothill Boulevard
Pasadena, California 91107

Patuxent Funding, LLC
c/o Cary Reines, Resident Agent
11032 Earlsgate Lane
Rockville, Maryland 20852
and
800 King Farm Boulevard
Rockville, Maryland 20850
and
6011 University Boulevard
Ellicott City, Maryland 21043