# LOGAN RUSSACK, LLC

SUITE 308, 2530 RIVA ROAD • ANNAPOLIS, MARYLAND 21401

Attorneys at Law
Tele  410  571  2780
Fax   410  571  2798

February 22, 2007

The Honorable Marvin J. Garbis, Judge
United States District Court for the
District of Maryland
101 West Lombard Street, 5th Floor
Baltimore, Maryland 21201

     Re:  *Reliance vs. Hickman & Co., et al.*
           In the United States District Court for the
           District of Maryland
           Case number:  MJG-97-3194

Dear Judge Garbis:

     Reference is made to the above noted matter in which this office represents one of the defendants, William Ray Miller.

     There is a judgment entered in this case against Mr. Miller. Mr. Miller has recently, through counsel, presented a written offer for settlement of this matter to counsel for Reliance Insurance Company. Counsel for Reliance failed to respond to that offer within the time allowed for acceptance or counter-offer.

     This correspondence is initiated to request that the Court schedule the parties for a settlement conference before a Magistrate Judge in the Baltimore Division of the Court at the Court's earliest convenience. We feel that a Magistrate can be of assistance to the parties and greatly further a final resolution of this matter, a case that is over 10 years old.

     I also request that the Court allow Mr. Miller's counsel, Gary R. Jones to participate at the settlement conference as additional counsel on behalf of Mr. Miller.

     Thank you for your attention in this matter.

Very truly yours,

James R. Schraf

JRS:fs
cc:  John F. Dougherty, Esquire
     Gary R. Jones, Esquire