IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Reliance Insurance Co. )<br>)<br>  Plaintiff )<br>)<br>)<br>vs. )<br>)<br>William Ray Miller, II )<br>)<br>  Defendant )<br>)<br>) | Case No. 1:97-CV-03194-MJG |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of the Motion to Stay Execution on Judgment, the supporting points and authorities, the opposition thereto and arguments of counsel, It is this ___ day of _____,

Ordered that the motion be and is hereby granted and execution on the judgment shall be stayed pending completion of the settlement conference before Magistrate Judge Grimm on July 13, 2007.

_____
Judge United States District Court for
the District of Maryland

Copies to:

John F. Dougherty, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-1269
Attorney for Plaintiff, Reliance Insurance Co.

James R. Schraf, Esquire
Logan Russack, LLC
2530 Riva Road, Suite 308
Annapolis, Maryland 21401
Attorney for Defendant, William Ray Miller, II