IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **RELIANCE INSURANCE COMPANY** (In Liquidation) f/k/a **RELIANCE INSURANCE COMPANY**<br>　　　Judgment Creditor<br><br>v.<br><br>**WILLIAM RAY MILLER, II**<br>　　　Judgment Debtor | Case No.: 1:97-CV-03194-MJG |

ENTRY OF APPEARANCE

Please enter the appearance of John F. Dougherty as co-counsel for Judgment Creditor in the above-captioned action.

Date:　May 3, 2007

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　John F. Dougherty (Bar No. 25369)
　　　　　　　　　　　　　　　　　　Kramon & Graham, P.A.
　　　　　　　　　　　　　　　　　　One South Street
　　　　　　　　　　　　　　　　　　Suite 2600
　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　(410) 752-6030 (telephone)
　　　　　　　　　　　　　　　　　　(410) 539-1269 (facsimile)
　　　　　　　　　　　　　　　　　　Email: jdougherty@kg-law.com

　　　　　　　　　　　　　　　　　　*Attorneys for Judgment Creditor,*
　　　　　　　　　　　　　　　　　　*Reliance Insurance Company*
　　　　　　　　　　　　　　　　　　*(In Liquidation) f/k/a/ Reliance Insurance*
　　　　　　　　　　　　　　　　　　*Company*