## Philip M. Andrews

| | |
|---|---|
| **From:** | MDD_CM-ECF_Filing@mdd.uscourts.gov |
| **Sent:** | Thursday, May 03, 2007 11:34 AM |
| **To:** | MDDdb_ECF@mdd.uscourts.gov |
| **Subject:** | Activity in Case 1:97-cv-03194-MJG Reliance Insurance v. Hickman & Co., et al Notice (Other) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
U.S. District Court
District of Maryland

Notice of Electronic Filing
The following transaction was entered  on 5/3/2007 11:34 AM EDT and filed on 5/3/2007

Case Name: Reliance Insurance v. Hickman & Co., et al Case Number: 1:97-cv-3194
https://ecf.mdd.uscourts.gov/cgi-bin/DktRpt.pl?76847

Filer:
WARNING: CASE CLOSED on 07/13/2000

Document Number:
No document attached
Docket Text:
NOTICE TO Test the Electronic Noticing System (vlz, Deputy Clerk)
1:97-cv-3194 Notice has been electronically mailed to:
Philip M Andrews   pandrews@kg-law.com, dnash@kg-law.com John Augustine Bourgeois
jbourgeois@kg-law.com


1:97-cv-3194 Notice will not be electonically delivered to:
Eugene R. Anderson
Anderson, Kill & Olick
1251 Avenue of the Americas
New York,  NY 10020

Lon Arthur Berk
Hunton and Williams LLP
1751 Pinnacle Dr Ste 1700
McLean,  VA 22102

Michele Anne Gallagher
Anderson Kill and Olick LLP
2100 M St NW Ste 650
Washington,  DC 20037

Susan Gauvey
U.S.D.C of Maryland
101 W. Lombard St
Baltimore,  MD 21201

Richard Harold Gins
Law Office of Richard H Gins LLC
Three Bethesda Metro Center Ste 530
Bethesda,  MD 20814

Gerard P Martin
Rosenberg Martin Funk Greenberg LLP
25 S Charles St Ste 2115
Baltimore,  MD 21201-3305

Louis James Morse
Law Office
10802 Lorain Avenue
Silver Spring, MD 20901