# LOGAN RUSSACK, LLC

Attorneys at Law

SUITE 308, 2530 RIVA ROAD • ANNAPOLIS, MARYLAND 21401

Tele 410 571 2780
Fax 410 571 2798

May 18, 2007

The Honorable Paul W. Grimm
Chief Magistrate Judge
United States District Court for the
District of Maryland
101 West Lombard Street, 5th Floor
Baltimore, Maryland 21201

> Re:  *Reliance vs. Hickman & Co., et al.*
> In the United States District Court for the
> District of Maryland
> Case Number:  MJG-97-3194

Dear Judge Grimm:

Reference is made to the above noted matter in which this office represents one of the defendants, William Ray Miller.  This correspondence is in response to the letter dated May 1, 2007 sent to you by counsel for Reliance Insurance Company.

Counsel requests cancellation of the settlement conference.  A request to hold a settlement conference was presented to Judge Garbis who considered the request and obviously believed that the parties could benefit from it.  Reliance could have approached Judge Garbis and requested that he reconsider his referral of the matter to you if it felt that its position had not been presented or considered.  It did not.

Mr. Miller desires to attempt to resolve this matter.  To that end, on March 9 after receiving your letter I called your secretary and inquired as to whether there were any dates available for the conference before July 13, 2007.  I was advised that we were fit into that time as another conference had been postponed.  We would prefer to go forward with the conference as scheduled on July 13, 2007.

There is no reason why Reliance cannot proceed and assign another official to be present with authority to settle.  If the Court concludes that the conference should be postponed, then, on behalf of Mr. Miller, I would request that the conference be set in at the earliest available date following July 13.

The Honorable Paul W. Grimm
May 18, 2007
Page 2


     Thank you for your attention in this matter.


               Very truly yours,

                   /s/

               James R. Schraf

JRS

cc:  John F. Dougherty, Esquire
     Gary R. Jones, Esquire
     William Ray Miller, II