**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
CHIEF MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

May 23, 2007

RE:   *Reliance v. Hickman*
      MJG-97-3194

**LETTER ORDER**

Dear Counsel:

      This letter order memorializes the matters discussed during the telephone conference call held earlier today in the above-referenced case. As discussed, the July 13, 2007 settlement conference hereby is cancelled. Within ten business days of today (on or before June 6, 2007) counsel for Mr. Miller will serve counsel for Reliance and the Court with a detailed written settlement proposal. Within ten business days of the service of that proposal (on or before June 20, 2007), counsel for Reliance will serve counsel for Mr. Miller and the Court with a detailed written response that includes a counter-proposal. The terms of these settlement proposals are confidential and covered by the provisions of FED. R. EVID. 408; accordingly, they should be submitted to me by regular mail or facsimile, and should **not** be electronically filed with the Court.

      Following the exchange of settlement proposals, a telephone conference call will be held on July 2, 2007 at 3:30 p.m. to determine whether it makes sense to schedule a face-to-face settlement conference. I ask that Mr. Andrews coordinate and initiate the call to my chambers.

      Although informal, this is an order of the Court and shall be docketed as such.

Very Truly Yours,

/S/
Paul W. Grimm
United States Magistrate Judge