```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

RELIANCE INSURANCE CO.,           *
a Pennsylvania Corporation
                                  *
            Plaintiff
                                  *
       vs.                            CIVIL ACTION NO. MJG-97-3194
                                  *
WILLIAM RAY MILLER, II
                                  *
            Defendant             *

*       *       *       *       *       *       *       *       *

## MEMORANDUM AND ORDER

The Court has before it Defendant's Motion to Stay Execution of Judgment [Paper 131] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

Defendant seeks a stay of execution of the Judgment on the basis that he wishes to defer collection until settlement is explored. Plaintiff notes that it has a final judgment, subject to no further appeal and not subject to discharge in bankruptcy. Plaintiff does not wish to delay its collection efforts and Defendant does not present any valid reason for this Court to enable Defendant to further delay such collection on the Judgment as may be possible.

For the foregoing reasons:

    1.    Defendant's Motion to Stay Execution of Judgment [Paper 131] is DENIED.

      2.    Plaintiff may exercise all rights it may have to seek to effect collection of the Judgment at issue.

SO ORDERED, on <u>Monday, June 4, 2007</u>.

                                           <u>/ s /</u>
                                    Marvin J. Garbis
                           United States District Judge