```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

RELIANCE INSURANCE CO.,          *
a Pennsylvania Corporation
                                 *
           Plaintiff
                                 *
      vs.                            CIVIL ACTION NO. MJG-97-3194
                                 *
WILLIAM RAY MILLER, II
                                 *
           Defendant             *

*     *     *     *     *     *     *     *     *
```

ORDER CLEARING RECORD RE PENDING MOOT MOTION

It appears that the Motion to Quash Subpoena [Document 125] is moot. Accordingly, so that the record may be cleared, the said Motion is DENIED WITHOUT PREJUDICE.

SO ORDERED, on Tuesday, July 17, 2007.

```
                       / s /
                 Marvin J. Garbis
              United States District Judge
```