# LOGAN RUSSACK, LLC

Attorneys at Law

SUITE 308, 2530 RIVA ROAD • ANNAPOLIS, MARYLAND 21401

Tele 410 571 2780
Fax 410 571 2798

From the Desk of James Schraf

JSchraf@LoganRussackLaw.com

July 19, 2007

Via Electronic Filing
The Honorable Paul W. Grimm
Chief Magistrate Judge
United States District Court for the
District of Maryland
101 West Lombard Street, 5th Floor
Baltimore, Maryland 21201

      Re: *Reliance vs. Hickman & Co., et al.*
          In the United States District Court for the
          District of Maryland
          Case Number: MJG-97-3194

Dear Judge Grimm:

    This correspondence is in follow up to my telephone conversation with your office on July 16, 2007. This will confirm that all counsel and their respective clients are available for a settlement conference on Monday July 23, 2007 at 10:30 a.m. I will follow up with a call to your office today to reconfirm that the time is still available for the Court.

    Thank you for your consideration in this case.

                                                   Respectfully submitted;

                                                   /s/ James R. Schraf

                                                   James R. Schraf

cc: Phillip M. Andrews, Esquire
     Gary R. Jones, Esquire