IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RELIANCE INSURANCE CO., <br> a Pennsylvania Corporation | * | |
| | * | |
| Plaintiff | | |
| | * | |
| vs. | | CIVIL ACTION NO. MJG-97-3194 |
| | * | |
| J. L. HICKMAN & CO., INC., <br> a Texas Corporation, aka IFA <br> Insurance Services, et al. | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \*

## ORDER RESCINDING ORDER OF DISMISSAL
## DUE TO SETTLEMENT (UNDER LOCAL RULE 111.1)

It appearing that the July 24, 2007 Order of Dismissal Due to Settlement was issued in error, it is hereby RESCINDED. The Judgment entered on July 13, 2000 [Paper 94] remains in full force and effect.

SO ORDERED, on **Wednesday, July 25, 2007**.

/s/
Marvin J. Garbis
United States District Judge