LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201
TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

PHILIP M. ANDREWS
DIRECT DIAL
(410) 347-7427

ALSO ADMITTED IN DC

E-MAIL
pandrews@kg-law.com
DIRECT FACSIMILE
(410) 361-8201

August 16, 2007

*Via Electronic Filing*
The Honorable Paul W. Grimm
Chief Magistrate Judge
United State District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

Re:  Reliance Insurance Co. v. John L. Hickman, *et al.*
     Civil Action No.: MJG-97-3194

Dear Judge Grimm:

I acknowledge receipt, via electronic filing today, of Mr. Schraf's letter dated August 15, 2007. At best, Mr. Schraf's letter provides an incomplete report of the facts and an inaccurate discussion of the law. Given the attendant confidentiality requirements, and because the Court has been kind enough to schedule a 2:30 conference call this afternoon to discuss this matter, I will await that opportunity to provide Your Honor with the details of Reliance's response to Mr. Schraf's correspondence.

Thank you for your attention to this matter.

Respectfully,

Philip M. Andrews

PMA/dn
cc:  James R. Schraf, Esquire (via electronic filing)
     Gary R. Jones, Esquire (via digital sender grj@bbsclaw.com)

97414/0/00308529.WPDv1