IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Reliance Insurance Co. )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>William Ray Miller, II )<br>)<br>Defendant )<br>)<br>) | Case No.  1:97-CV-03194-MJG |

\* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO SEAL DOCUMENTS FILED UNDER DOCKET NUMBER 143**

Comes now the Defendant, William Ray Miller, II by and through his attorneys James R. Schraf and Logan Russack, LLC and, pursuant to Local Rule 105 (11) moves this honorable Court to seal the documents filed under docket entry number 143 and for his reasons states as follows:

1. The documents filed under docket entry number 143 contain materials that the parties agreed were confidential and were inadvertently filed electronically by counsel and are now on the docket of the case and available to the public at large.

2. Sealing of the documents is the only available option to protect the confidential materials included under docket entry number 143.

3. Sealing docket number 143 is in the interests of justice and in accordance with the agreement of the parties to this case.

Wherefore, the Defendant respectfully requests that this honorable Court seal docket entry number 143 and issue an appropriate order to have the clerk seal the stated docket entry.

   /s/_____
James R. Schraf 03470
Logan Russack, LLC
2530 Riva Road, Suite 308
Annapolis, Maryland 21401
(410) 571-2780
Attorneys for William Ray Miller, II

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Seal Documents Filed Under Docket Entry Number 143 was mailed by first class mail postage prepaid this 21st day of August, 2007 to:

Philip M. Andrews, Esquire
John F. Dougherty, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-1269
Attorney for Plaintiff, Reliance Insurance Co.

  /s/_____
James R. Schraf 03470