IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Reliance Insurance Co. | ) |
| Plaintiff | ) ) ) |
| vs. | ) Case No. 1:97-CV-03194-MJG ) ) |
| William Ray Miller, II | ) ) |
| Defendant | ) ) ) ) |

\* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Motion to Seal Documents Filed Under Docket Entry Number 143, It is this ___ day of _____,

Ordered that the motion be and is hereby granted and the Clerk's office shall seal the documents filed under docket entry 143 and remove those documents from public access.

_____
Judge United States District Court for
the District of Maryland

Copies to:

Philip M. Andrews, Esquire
John F. Dougherty, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-1269
Attorney for Plaintiff, Reliance Insurance Co.

James R. Schraf, Esquire
Logan Russack, LLC
2530 Riva Road, Suite 308
Annapolis, Maryland 21401
Attorney for Defendant, William Ray Miller, II