IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Reliance Insurance Co. | ) |
| Plaintiff | ) |
| BY | ) |
| vs. | ) Case No. 1:97-CV-03194-MJG |
| William Ray Miller, II | ) |
| Defendant | ) |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Seal Documents Filed Under Docket Entry Number 143, It is this 21 day of August, 2007

Ordered that the motion be and is hereby granted and the Clerk's office shall seal the documents filed under docket entry 143 and remove those documents from public access.

/s/
Judge United States District Court for
the District of Maryland
Marvin J. Garbis