IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **RELIANCE INSURANCE CO.**<br>Judgment Creditor<br><br>v.<br><br>**WILLIAM RAY MILLER, II**<br>Judgment Debtor | Case No.: 1:97-CV-03194-MJG |

## NOTICE OF SATISFACTION OF JUDGMENT
## ONLY AS TO DEBTOR WILLIAM RAY MILLER, II

MADAM CLERK:

Kindly mark the Judgment entered in the above-captioned case as satisfied as to Judgment Debtor William Ray Miller, II only.

/S/
Philip M. Andrews (Bar No. 00078)
John F. Dougherty (Bar No. 25369)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Facsimile: 410-539-1269
*Attorneys for Judgment Creditor*
*Reliance Insurance Co., in receivership*